Former decision, 564 U.S. 1040, 131 S. Ct. 3063, 180 L. Ed. 2d 892, 2011 U.S. LEXIS 4894.

**No. 10-997 (R46-021). North Carolina ex rel. Roy Cooper, Attorney General of North Carolina, Petitioner v. Tennessee Valley Authority, et al.**

564 U.S. 1054, 132 S. Ct. 46, 180 L. Ed. 2d 914, 2011 U.S. LEXIS 5079.

July 22, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit in the

above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 615 F.3d 291.